UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT 56 FORSYTH STREET. N.W. ATLANTA GA 30303

Figueroa Negron, Eduardo
Plaintiff

U.S.

Officer Ricardo Lynch
Defendant

## Motion Appeal Case

I want to inform you that the day 9-4-18 I sent this motion to is Wilkie D Ferguson, Jr US court house 400 North Miami Avenue Room 8N09 Miami, Florida 33128. They returned it to me and they did not give me case number I want you to investigate this case

Figueroa
Plaintiff
Pro-se

(Stamp: U.S. Court of Appeals, Received Clerk, SEP 17 2018, Atlanta, GA)

1) UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT 56 FORSYTH STREET, N.W. ATLANTA GA 30303

Figueroa Negron, Eduardo
Plaintiff

VS.

Officer Ricardo Lynch your supererior it the year 2007 I've been raped and my ex-wife and his son and my Tampa St damadge violated amendment I (1791). Amendment VIII. violated sexual ex wife Sabrina Esposito Ruiz. his son Joel one year and my I got the puches in orogaron and he law suit officer Ricardo Lynch Florida Department of corrections 1313 N. Tampa St suit # 438 Tampa Florida 33602. damadge
Defendant

(2)

In the year 2007 of the day on the street Tampa st Tampa Florida they brought my ex-wife and my and his son Joel the raped her and the I arrive police for call 911. And then this officer Rashid your police superior Florida department of corrections 1313 N. Tampa st suite # 438 Tampa Florida 33602. And by radio of cop notify yet not stay nothing and raped us. Verifical the call 911. In the year 2007 How time by the day and 9:00 AM 1:00 PM and the will see this police is that they call and they say not yet any violation setual and this police it is assumed were in his office the are official of probation not was her department of work day of the week this police is dangerous and Superior and Barbara Mc Dowell, Devin Deere Non Court Jesus Arena this day setually raped boys and girls and women and man and killed and I saw they what are you wearing theres still more people that were and I can and tell them I wish to infor you this police were drugged and used the pistol current about my, my ex wife and about his son, and I got a drink meau shit and gasolina

(3)

(1)

to geter these People I've been Raped these are the name sound down trump president from united States melinia trump, Barack obama michelle obama, Bill clinton Hillary clinton and your daughter George walker Buch pedro Juan Rossello Gonzalez Silla Maria Calderon serra and Wilsa losada pedro toledo soy Auoy department of corrections 1313 N. Tampa St suite #438 Tampa, Florida 33602. Devin Berenoncourt, and Jesus Apena que superior More Police and Person that I can identicar. Bod Arane Promotor Boteo Top Rnum Boxing. Pedro calero promotor dominican boxing and wife Iri calero and daughter promototor boteo Don King Michael Gerard, oscar de la Hoya millie correther Bernard Hopkins Floyd Joy May weather Jr. Floyd May weather Sr. Pacquiau, Jinkee Pacquiau Freddie Roach, Julio cesar chavez and his two sons the mother of his sons, Roberto duran sharego Manny siaca, Hulk Hogan Terrence Gene "Terry" Bollea. Carlos colon, 18 de julio de 1948 two son and daughter cnos colon. Hugo Sacinovich Jose Huertas Gonzalez invader #1 Abdullah the butcher chiqui star

(4)

"Sadistic" Steve Strong, Dwayne Johnson "La Roca, Vin Diesel Joel Casamayor Alias Sepillo Felix Juan Trinidad Garcia and father and mother and the First wife, Hector Macho Camacho and the son mother Hector Macho Camacho mother from of the son from Hector Macho Camacho and cousin Macho Camacho, Alvin Alicea Arroyo and his wife and son, Juan Carlos Ianuerti and mother and brother, Omar Moreno and mother father and brother from Puerto Rico towns Manati, Miguel Angel Cotto Vazquez and brother and wife, Michael Jeffrey Jordan Michael Jordan and First wife your son LeBron James and Tyronn Lue Dennis Rodman Armando Christian Peres Shakira Isabel Daddy Yankee Roman Luis Ayala Rodriguez, an Actors of the movie Talento del Bario 2008 Actors of movie y Estrella Jennifer Lynn Lopez Cuco Conde, Marc Anthony and First wife India linda Bell ciera Caballero Marco Antonio Maurice Rihana, Chris Brown Rick Ross DJ Khaled Khaled Mohamed Khaled

→

⑤

onika butera lit wayne michael
carter jr chris brown christopher
Maurice brown, miley cyrus miley
ray cyrus Beyonce aselle Jayz
socent nicole natalie Marrow
coco Icet tracy Maurec nuris diaz
olga teresa tañon ortiz igol
gonzalez Net rodriguez luis
alfonso rodrigues ricky martin
enrique martin morales chayenne
elmero figueroa arce rayman arieta
gustavo roy diaz bid boy
mara gaz toño rosario
Hector marcano robert deniro
alfredo james pacino tosso
shon tarro sa Luis armando
lozada cruz vico c. and wife
and daughter ruben currutia
ruben os. angel luis ortiz
wiso g. fano hector luis
delgado roman hector el
father el narco puertorriqueño
angelo millones, el narco
puertorriqueño junior capsula jose
figueroa agosto guanabanas or
eric la industria kanye west
fat joe calvin cordozar broadus
jr. oshea jackson ice cube
cameron jibril thomaz wiz
khalifa israel perales ortiz
mexicano and mother and sister

(6)

David Sanchez Badillo Efrain
David Fines Eddie bee Tegui
Calderon Rosario Tego Calderon
Don Omar and Jackie Guerrido,
Dori Rodriguez Omar William
Omar Landron, Rivera Julio Coltio
Julio Irving Ramos Filomero
Yandel Llandel Veguilla Malave
Wisin Juan Luis Morera Luna
Arcangel Austin Santos and
Carmen Santos and Father.
Jose Fernando Coscuelvela and
Mother. Suarez Farruko Carlos
Efren Reyes Rosado Ricky Jam
Nick Rivera Caminero Nengo
Flow Edwin Ortiz, "Pacho" Neftali
Nunez Nunez Julio Angel Iago
Ferrer "Tirilo" Jose Fernando Rivera
Hornes Kendo Kaponi Jose
Alberto Torres Asnell Yomo
Bay Rasta C Cringo Felo
Man Alberto Stylee Joel
Hernandez Rodriguez Master
Joe Adolfo Ramirez Bruno
OG Blank Robert Edward
Rosado Suarez Draco Rosa
Ruben Blades Bellino deLuna
Lourdes Chacon and Iris Chacon
and husband, Gerardo Rivera
Rodriguez Jerry Rivera
Tito Nieves Humberto Nieves

→ → →

(1)

MARIALY RIVERA TAINA NORIS DIAZ PEREZ, TITO ROJAS JULIO CESAR ROJAS LOPEZ PINA record JERRY RIVERA LITO S POLACO RAFAEL SIERRA LITO MC CASSIDY RAFAEL OMAR POLACO ALBERTO MENDOZA NIEVES MC CEJA EDGAR SANTANA alias MR. CARNUCCI RICARDO GARCIA ORTIZ DON CHEZINA AND MOTHER EMPIRE CHIOS A LOPEZ RIVERA RAFAEL TORRES ORTEGA AND DAUGHTER WANDA ROLON, EDGARDO DIAS AND WIFE AND DAUGHTERS AND SON FATHER PACTOR EDGARDO DIAS LIVES IN TAMPA FLORIDA, DAVID RIVERA AND WIFE LIVES IN TAMPA FLORIDA. JOHN HENRY EL CHINO MILLAN AND WIFE AND DAUGHTER LUDY LOPEZ PACTOR CHURCH EGLESIA MISIONERA SENDA DE LIBERTAT PUERTO RICO DORADO ANGEL TRUJILLO AND WIFE AND DAUGHTER SON. PASTOR RANDY WHITE AND WIFE PAWN MARYSTOLL MANAGER F.O. ROOMING HOUSE 115 POBOT 8337 TAMPA FLORIDA 33672 813 924 8289 TAINA CARIBEAN CUISINE 8330 N. FLORIDA AVE TAMPA FLORIDA 33815 786 970-1575 PIPO S SON CAFETERIA RESTAURANT, INC TOWN COCONT KEY.- 7233 W. HILLSBOROUGH AVE TAMPA

(8)

Mi Sol Cafe 213 E. Gulton St Tampa Florida 33604 813-915-0001 DR. Camejo 4714 N. Armenia Ave Ste 100, Tampa Florida 33603 and the nurse. Dr. Rene Villa and Courder and Secretary NPI 4107 W. Spruce Street Ste 100 Tampa Florida 33607 Jim Baff's Body shop Carpenter Color Matching 3207 Florida Ave Tampa, Florida 33603. Gold Ring Cafe Tampa Florida. Tuty Rodriguez, Rodriguez "Alias" "Tuti" and Family lives in Tampa Florida Dessire Rosado 813-900 2587 Fatima 813 381-0321 Quique 813-380 3408. Raymon Torres 184-632 1108. Jose Clementes Pintos "Alias" "Cheo" and wife "Alias" "Awilda" had children and Family you are People they are dangerous Angel Luis Rosado 813-735 3547. And Family Mother and Sister. Magic Mall 8330 N. Florida Ave Tampa Florida 33604 813-714 6273. Tatoos Alex 813 606 8786 And Owners Good Samaritan John F. Watson 3302 Florida Avenue Tampa, Florida 33603 Hurricane Boxing Gym Jerry Ortiz and wife and Niñs Willo had Quecoming Carden 2601 N. Tampa Street Tampa, Fl 33602

(9)

Fundador Figueroa Negron and wife your children the wife of their children Ermeralda Figueroa and his mother and brothers and the husband from Ermeralda Figueroa and her husband has an uncle and an aunt and they have two children they lived in Chicago Illinois they are dangerous I'm threatened of death if the demanding the arrested these people they are dangerous they are going to die people children judges fiscal innocent I need you give me a date to the court for declaration more missing people that I can identify this woman's family its dangerous Tamara Ramos Rivera ivette Ramos Rivera lorisa Ramos Rivera David Ramos Rivera and the sons. husband parents and brother and sister Tamara Ramos Rivera Parents alias phone 1-787-204-7550

(10)

Victor Ayala and familia
frend of the defendant. Eladio
Figueroa Negron. I can identify
More people I need be an appoint-
ment to the court. Martha Mendez
And hussand and his two
children Maria Negron Scaso
Father of his children tony Scaso
this is phone Martha Mendez
813-516-4931. this is phone
Maria Negron Ayala 203 706 6961,
children from Maria Negron Ayala
they were. Nora Guillot and
brother and family. Jessica Guillot
The mode me to drink wine shit
casolina They drugged me and
used the gun of electricity
about me and about my ex
wife Sobrina Espotito Ruiz
And about your son Joel
Just had one year and a half
they took me out semen and
blood and they say they have
it in the freezer they will rape
sexual to kill jo my semon blood
to be responsible of the case

(17)

Armando Christian Pérez "Pitbull"
Giselle Blondet, Gloria Estefan
Emilio Estefan, Rene Perez Joglar
Armando Christian Perez Alias Pitbull
Dustin Drew Bieber, Joaquin Archivaldo
Guzman Loera, Raul de Molina
Lili Estefan, Luisito Vigoreaux
Albert Rodriguez Et de Maripily
Rivera, Roberto Nomar Ivan
Rodriguez, Angelo Millones
Jose David Figueroa Agosto
Alex Trujillo, Rafael Rivera
Ruiz Alias Rafy Choren, Chongo
lives in Puerto Rico Cayey sector +
Cayey, Bebe Peta Puerto Rico
Sou Pela Puerto Rico, I need
appointment for court missing
more person that I can identify
and I need federal protection
I am my ex wife and his son
your name Sabrina Esposito
Ruiz his son Joel

(12)

Figueroa Negron, Eduardo.
Plaintiff

Vs.

Ricardo Lynch.
Defendant

Motion For Appointment Of Counsel

(13).

Figueroa NEGRON, Edcardo
Petitioner

Vs.

Ricardo Lynch
Defendant

Summons in civil action

To defendant name and adiress officer Ricardo Lynch. Department of Corrections 1313 N. Tampa St Suite #438 Tampa Florida 33602.

A law suit been filed against you within 21 days after servise of this summons on you (not counting the day received it.) or 60 days if you are the united stated or a united states agncy, or an officer or employee or the united states described in Fed.R. CiuP 12.(a)(2) or (3)- You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of civil procedure the answer or motion must be served on the plaintiff or plaintiff attorney adress plaintiff Adress 3302 Florida Avence Tampa Florida 33603.

(1C)

# Elocution Legal Remedies

Plaintiff Figeroa to th
solve problem

Playe for Relief $ 700,
000000. Billon.

(15)



I have READ the foregoing complaint and hereby certify that the matters alleged therein are true and correct I certify under penalty of perjury that the foregoing is true and correct persuant to 28 U.S.C § 1746.

(14)
U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

↓ deposited in the MAIL

~~Figueroa~~ US. ~~Ricardo Lynch~~
PLAINTIFF    DEFENDANT

And propery adress to person named.
And adressed a relisted bellow; united
stated court of appeals for
the eleventh circuit 56 Forssth
street N.W. Atlanta GA 30303

Figueroa
~~Figueroa~~
Plaintiff
PRO-SE

Figueroa NE 3203 Edward
P.O. Box 173494
Tampa, FL 33672

United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street NW, Atlanta
30303.

CLEARED SECURITY SEP 17 2018 U.S. MARSHALS SERVICE Atlanta, Georgia

CERTIFIED MAIL
7018 0360 0000 3877 3928

U.S. POSTAGE PAID
FCM LG ENV
TAMPA, FL
33602
SEP 13, 18
AMOUNT
$0.00
R2305K132791-22

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

www.ca11.uscourts.gov

September 20, 2018

Steven M. Larimore
Clerk of Court
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

Re: Documents

Dear Mr. Larimore:

Enclosed are various documents received in this Court from Eduardo Figueroa Negron on September 17, 2018. Mr. Figueroa Negron does not have a pending appeal in this Court.

Mr. Figueroa Negron states that he submitted these documents to your court but that they were returned to him. Mr. Figueroa Negron's documents contain the case style of *Figueroa Negron, Eduardo vs. Officer Ricardo Lynch* but they do not include a district court case number.

The documents are being forwarded to you for whatever action you deem appropriate. By copy of this letter, Mr. Figueroa Negron is being notified that the documents are being forwarded to your court.

Sincerely,

*David J. Smith*

David J. Smith

Attachment
C: Eduardo Figueroa Negron
   P.O. Box 173494
   Tampa, FL 33672